UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
BOARD OF TRUSTEES OF THE LOCAL
295/851-I. B. T. EMPLOYER GROUP
PENSION TRUST FUND,
          Plaintiff(s),
    -against-
MRZ TRUCKING,
          Defendant(s).
-----------------------------------------------------X

Index No. 07 CV 11103
Judge Hellerstein
AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
               S.S.:
COUNTY OF NEW YORK)

      NELSON CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 14th day of December 2007, at approximately 1:50 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon MRZ Trucking at 150 Albany Avenue, Freeport, NY 11520, by personally delivering and leaving the same with Ray Zarnegar, President, who informed deponent that he is an officer authorized by law to receive service at that address.

      Ray Zarnegar is a Light skin male, approximately 63 years of age, stands approximately 5 feet 5 inches tall and weighs approximately 160 pounds with balding gray hair and brown eyes.

_____
NELSON CARVAJAL #965441

Sworn to before me this
18th day of December, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08