UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TRUSTEES OF THE LOCAL 295/851 et al
        Plaintiffs,

    against

MRZ TRUCKING

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07-CV-11103 (AKH)

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs, by their attorneys, Cary Kane LLP, voluntarily dismiss the above-captioned action against defendant MRZ Trucking. without prejudice.

Dated: New York, New York
       March 4, 2008

CARY KANE LLP

By: _____
Rachel Paster (RP 1216)
Attorneys for Plaintiffs
1350 Broadway, Suite 815
New York, New York 10018

10885-1