## CERTIFICATE OF SERVICE

        On this day of March 4, 2008 I served the attached Notice of Dismissal upon defendant by mailing a copy of same to:

Mr. Mike DeVivo
MRZ Trucking
182-25 150th Avenue
Jamaica, New York 11413

enclosed in a post-paid properly addressed wrapper, via regular first-class mail, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                            Rachel Paster

10885-1