UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------x

TRUSTEES OF THE LOCAL 295/851 et al
        Plaintiffs,

   against                        07-CV-11103 (AKH)

MRZ TRUCKING                   NOTICE OF DISMISSAL

        Defendant.

--------------------------------------x

Pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure, plaintiffs, by their attorneys, Cary Kane LLP, voluntarily dismiss the above-captioned action against defendant MRZ Trucking. without prejudice.

Dated: New York, New York
       March 4, 2008                            CARY KANE LLP

                                                By: _____
                                                Rachel Paster (RP 1216)
                                                Attorneys for Plaintiffs
                                                1350 Broadway, Suite 815
                                                New York, New York 10018

*So ordered 3/17/08* [signature: Alvin K. Hellerstein]

10885-1